IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

LEE ROBINSON, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
vs. ) No. CIV-15-171-W
　　　　　　　　　　　　　　　　　　)
CAROLYN COLVIN, Acting )
Commissioner of Social Security, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

## ORDER

On January 26, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn Colvin, Acting Commissioner of Social Security ("Commissioner"), denying disability insurance benefits to plaintiff Lee Robinson be affirmed. Robinson was advised of his right to object, but no objections have been filed within the allotted time. See Doc. 19 at 15; Doc. 21.

Upon review of the record, the Court finds no error has occurred at step four of the five-step sequential evaluation process that warrants the requested reversal and remand. Likewise, the Court finds the Administrative Law Judge's assessment ("ALJ") of the 100% service-connected disability rating Robinson had received from the United States Department of Veterans Affairs, see Doc. 10-6 at 45, or the ALJ's failure to further develop the record provides no grounds for reversal and remand. Accordingly, the Court concurs with Magistrate Judge Jones' determination that the Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and his opinion

that that the Commissioner applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

The Court therefore

(1) ADOPTS the Report and Recommendation [Doc. 19] issued on January 26, 2016;

(2) AFFIRMS the Commissioner's decision to deny Robinson's Application for Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 4th day of March, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE